**No. 09-8918. Anthony Benjamin, Petitioner v. Lorettan Wallace, et al.**

560 U.S. 961, 130 S. Ct. 3406, 177 L. Ed. 2d 318, 2010 U.S. LEXIS 4616.

June 7, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 1051, 130 S. Ct. 2346, 176 L. Ed. 2d 566, 2010 U.S. LEXIS 2940.